

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2019

No. 04-19-00602-CV

Christopher John **LOCASCIO,** Matthew Locascio, Remy John Locascio and Sara Locascio,
Appellants

v.

Manuel **ZAMORA,** Jr., Amelia Zamora, and James W. Volberding, Receiver for Charles
Locascio,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19983
Honorable Norma Gonzales, Judge Presiding

# O R D E R

On September 21, 2019, appellee James W. Volberding, receiver for Charles Locascio, filed a motion to dismiss this appeal for want of jurisdiction. On September 26, 2019, appellees Manuel Zamora and Amelia Zamora filed a separate motion to dismiss for want of jurisdiction. Appellants Christopher Locascio, Matthew Locascio, Remy Locascio, and Sarah Locascio had ten days to respond to the motions before we could hear or determine the motions, pursuant to Rule 10.3 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 10.3(a). Appellants did not respond to either motion within ten days of their filings and have not responded to either motion to date. In light of the potentially dispositive issues raised in the motions, we ORDER that appellants may file responses to appellees' motions on or before December 2, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court